# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 22-2014

———————————————

United States of America

*Plaintiff - Appellee*

v.

Aimee L. Rosenbaum

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Eastern

——————————

Submitted: December 30, 2022
Filed: January 12, 2023
[Unpublished]

——————————

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Aimee Rosenbaum appeals the sentence the district court[1] imposed after she pleaded guilty to conversion and bankruptcy fraud pursuant to a plea agreement

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

containing an appeal waiver. Her appellate counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that prior counsel provided ineffective assistance during Rosenbaum's post-plea proceedings.

While the appeal waiver does not prohibit ineffective-assistance claims, we decline to consider such claims on direct appeal without an adequately developed record. *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 827 (8th Cir. 2006); *United States v. Hernandez*, 281 F.3d 746, 749 (8th Cir. 2002). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we affirm the judgment, and grant counsel's motion to withdraw.

_____